**Order filed, May 8, 2012.**



In The

# Fourteenth Court of Appeals
_____

NO. 14-12-00296-CR
_____

**THE STATE OF TEXAS, Appellant**

**V.**

**ANTONIO JEFFERSON, Appellee**

**On Appeal from the 176th District Court
Harris County, Texas
Trial Court Cause No. 1293275**

## ORDER

The reporter's record in this case was due **April 27, 2012**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Judith Fox**, the official court reporter, to file the record in this appeal **within 10 days** of the date of this order.

PER CURIAM